**IT IS ORDERED as set forth below:**



**Date: June 9, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-70664-SMS |
| BRITTANY DAKOTA BOSLEY, | ) |
| | ) |
| Debtor. | ) Chapter 7 |

## ORDER

The within and foregoing Application of the Trustee having been read and considered, with no adverse interest being represented;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the Trustee herein is authorized to retain and appoint Matthew W. Herrington of the law firm DeLong, Caldwell, Bridgers, Fitzpatrick, & Benjamin, L.L.C. as special counsel for the purposes specified in the within and foregoing Application.

A copy of the Application and Order having been served upon the U. S. Trustee, this Order is entered subject to objection of the U. S. Trustee or any interested party, which objection must be filed within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

Prepared By:
Ogier, Rothschild & Rosenfeld, P.C.


By: /s/Tamara Miles Ogier
    Tamara Miles Ogier
    Georgia Bar No. 550355
    P.O. Box 1547
    Decatur, Georgia 30031
    (404) 525-4000
    tmo@orratl.com

**DISTRIBUTION LIST:**

Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
Shawna Staton, Staff Attorney
362 Richard B. Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

Brittany Dakota Bosley
1750 Commerce Drive NW
Atlanta, GA 30318

E. L. Clark
Clark & Washington, P.C.
3300 Northeast Expressway
Bldg 3
Atlanta, GA 30341

Matthew W. Herrington
DeLong, Caldwell, Bridgers, Fitzpatrick, & Benjamin, L.L.C.
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303